In the United States Bankruptcy Court
For the District of Maryland
<u>Baltimore Division</u>

In re:

DUCKETT, MELVIN J.                    Case No.:06-15121-NA

    Debtor(s)                          (Chapter 7)

## NOTICE OF SALE

PLEASE TAKE NOTICE that Zvi Guttman, Chapter 7 Trustee (the "Trustee") for the captioned debtors, pursuant to 11 U.S.C. §§ 105(a) and 363, intends to sell certain property of the estate. The details are as follows:

| | |
|---|---|
| Property: | All of the estate's right, title and interest in and to US patent 6,007,824 , for "Natural Composition and Method For Sexual Dysfunction" and US patent 6,340,480 for "Natural Composition For The Treatment of Circulatory Ailments", continuation in part of application No. 09/255,587 for "Natural Composition And Method For The Treatment Of Sexual Dysfunction" filed February 22, 1999. The sale includes any modifications, supplements or other changes or improvements relating to these patents, or any corresponding patents. |
| Purchaser: | HAAR Holdings, LLC |
| Price: | $15,000 |
| Appraisal: | None |
| Scheduled Value: | Unknown |
| Other Conditions: | The Trustee shall execute and tender to the Purchaser such documents as may reasonably be presented to him by the Purchaser to effect a transfer of all of the Estate's right, title and interest to the property to the Purchaser or its designee(s). Such transfer shall be without representation or warranty of any kind whatsoever. express or implied.[1] The Purchaser shall be responsible for paying any fee, making any filings or providing any notice pursuant to applicable law. |

---

[1] For instance, according to the Debtor's Schedules the Debtor owns 80% of these patents and Kyle Moore owns the remaining 20%. The Trustee makes no representation as to the actual division of ownership.

Any creditor or other party in interest objecting to the proposed sale must file such objection, in writing in accordance with Local Rule 2002-1(d), stating specifically the factual and legal grounds therefore, with the Clerk, United States Bankruptcy Court for the District of Maryland, U.S. Courthouse Room 802, 101 W. Lombard Street, Baltimore, Maryland  21201 within 21 days of the date of this Notice.  A copy must also be served upon the undersigned.   A hearing has been scheduled for January 14, 2010, at 2:30 p.m. in Court Room 2-A.  However, the Court, in its discretion, may conduct a hearing or determine the matter without a hearing regardless of the filing of an objection.  If no objections are timely filed, the proposed sale may be conducted in accordance with the terms recited herein, without further notice.  Higher offers will be considered if and as directed by the Court.

December 17, 2009

/s/ Zvi Guttman
Zvi Guttman (06902)
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282
Zvi@zviguttman.com
(410) 580-0500 (Phone)
(410) 580-0700 (Fax)

**Counsel to the Trustee**

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this December 17, 2009, copies of the foregoing Notice of Sale were served via the Court's CM/ECF noticing system on:

George E. Brown on behalf of Plaintiff Zvi Guttman    gbrown@kg-law.com, ssohn@kg-law.com

Stephen M. Goldberg on behalf of Creditor Grannett, Ltd.    sgoldberg@tydingslaw.com, chopkin@tydingslaw.com

Edmund A. (UST) Goldberg on behalf of U.S. Trustee US Trustee - Baltimore    Edmund.A.Goldberg@usdoj.gov, amy.busch@usdoj.gov

Gary R. Greenblatt on behalf of Interested Party Catherine Kelly    grgreen@mehl-green.com, cmhare@mehl-green.com

Alan M. Grochal on behalf of Creditor Ronald Gerard    agrochal@tydingslaw.com

Leslie D. Hershfield on behalf of Creditor Ronald Gerard    lhershfield@stkgrlaw.com

Ronald B. Katz on behalf of Creditor Ronald B. Katz, P.A.    rkatz@rbkpa.net

George W. Liebmann on behalf of Trustee Zvi Guttman    george.liebmann2@verizon.net, oshively@lspa.comcastbiz.net, MD25@ecfcbis.com, stifft@lspa.comcastbiz.net

Mark A. (UST) Neal on behalf of U.S. Trustee US Trustee - Baltimore    mark.a.neal@usdoj.gov

Aron U. Raskas on behalf of Plaintiff Zvi Guttman    araskas@kg-law.com, aoleszczuk@kg-law.com

William Mark Rudow on behalf of Creditor Kyle Moore    bankruptcynotice@rudowlaw.com

US Trustee - Baltimore    USTPRegion04.BA.ECF@USDOJ.GOV

H. Tucker ^1Dewey on behalf of Creditor DaimlerChrysler Financial Services
jzweig@haledeweyknight.com, jzweig@haledeweyknight.com, cwilliams@haledeweyknight.com

William M. ^1Rudow on behalf of Petitioning Creditor Kyle Moore    bankruptcynotice@rudowlaw.com

Jonathan M. ^1Wall on behalf of Creditor Severn Savings Bank, FSB    jwall@hwlaw.com, mshipley@hwlaw.com

and by first class mail, postage prepaid, to the parties enumerated on the attached list.

                 /s/ Zvi Guttman

**Service List**

Sidney Friedman, Esq.
Weinstock, Friedman & Friedman, P.A.
4 Reservoir Circle
Baltimore, Md. 21208

Ronald Gerard
Grannett, Ltd.
92 Hatchcove Road
Nobleboro, ME 04555

Rockford Industries, Inc.
c/o Law Office of Robert L. Kline, III
35 Franklin Boulevard
Reisterstown, MD 21136

U S Department of Treasury
Internal Revenue Service
Centralized Insolvency Office
P O Box 21126
Philadelphia, Pa 19114

Comptroller of the Treasury
Compliance Division, Room 409
301 W. Preston Street
Baltimore, MD 21201

Coon & Cole, LLC
305 W. Chesapeake Avenue, Suite 105
Towson, Maryland 21204